| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hall, Sarah A. | 2. Court or Organization<br><br>Bankruptcy Court - Western District of OK | 3. Date of Report<br><br>05/12/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>215 Dean A. McGee, 9th Floor<br>Oklahoma City, OK 73102 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (See Part VII, lines 16-136) |
| 2. | Director˚ | Oklahoma Bar Association Bankruptcy Reorganization Committee |
| 3. | Director | Federal Bar Association - Oklahoma City Chapter |
| 4. | Director | The Historical Society for the United States District Court for the Western District of Oklahoma |
| 5. | Member | Board of Visitors, University of Oklahoma Honors College |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | spouse (self-employed lawyer) professional corporation - salary and member distribution - K-1 |
| 2. | 2015 | National Cooperative Refinery Association - royalty |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Bank Deposit Program | | None | J | T | | | | | |
| 2. LL&E Royalty Trust | | None | J | T | | | | | |
| 3. Oklahoma Dream 529 Plan - Child #2 | | None | L | T | | | | | |
| 4. - Pimco Total Return C | | None | J | T | Distributed (part) | 05/20/15 | J | | |
| 5. - Pimco Real Return C | | None | K | T | | | | | |
| 6. - TIAA-CREF Scap Bld Index C | | None | J | T | Distributed (part) | 09/01/15 | J | | |
| 7. Massachusetts Mutual Limited Pay Whole Life Policy | A | Dividend | K | T | | | | | |
| 8. Massachusetts Mutual Variable Life Select Policy | | None | J | T | | | | | |
| 9. - The Oppenheimer Capital Appreciation Fund | | | | | | | | | |
| 10. - The Oppenheimer Small & Mid Cap Growth Fund | | | | | | | | | |
| 11. Massachusetts Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 12. Massachusetts Mutual Ltd Pay Whole Life @ 65 Policy | A | Dividend | J | T | | | | | |
| 13. Massachusetts Mutual Ltd Pay Whole Life Policy | A | Dividend | K | T | | | | | |
| 14. Massachusetts Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 15. Massachusetts Mutual Ltd Pay Whole Life @65 Policy | A | Dividend | J | T | | | | | |
| 16. TRUST #1 | D | Dividend | M | T | | | | | |
| 17. - MidFirst Bank Account | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Templeton Global Bond Fund | A | Dividend | | | Sold | 08/26/15 | J | | |
| 19. - Cash and Morgan Stanley Bank, N.A. Deposit Program | A | Interest | J | T | | | | | |
| 20. - Lord Abbott Short Duration Income Fnd CL F | A | Dividend | | | Buy (add'l) | 09/17/15 | J | | |
| 21. | | | | | Sold | 12/16/15 | J | | |
| 22. - Franklin Income Adv. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | | |
| 23. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 24. - Altria Group, Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 25. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 26. - American Capital Agency | A | Dividend | | | Buy (add'l) | 02/12/15 | J | | |
| 27. | | | | | Sold | 04/30/15 | J | | |
| 28. - American Electric Power Co. | A | Dividend | | | Sold (part) | 09/17/15 | J | A | |
| 29. | | | | | Sold | 11/30/15 | J | A | |
| 30. - Annaly Capital Mngmt Inc. | A | Dividend | J | T | Buy (add'l) | 02/12/15 | J | | |
| 31. | | | | | Sold | 04/30/15 | J | | |
| 32. | | | | | Buy | 12/07/15 | J | | |
| 33. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 34. | | | | | Buy (add'l) | 12/22/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Astrazeneca PLC ADS | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 36. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 37. - AT&T | A | Dividend | J | T | Sold (part) | 09/17/15 | J | | |
| 38. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 39. - BCE Inc. (New) | A | Dividend | J | T | Buy (add'l) | 09/17/15 | J | | |
| 40. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 41. - BK Montreal | | | | | Sold | 01/26/15 | J | | |
| 42. - Centurylink Inc. | A | Dividend | J | T | Buy (add'l) | 09/17/15 | J | | |
| 43. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 44. - Eaton Vance Tax Mgd Div Equ Fd | A | Dividend | J | T | Buy (add'l) | 03/17/15 | J | | |
| 45. | | | | | Sold (part) | 09/17/15 | J | A | |
| 46. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 47. - Health Care REIT Inc. | A | Dividend | | | Buy (add'l) | 09/17/15 | J | | |
| 48. | | | | | Sold | 09/30/15 | J | | |
| 49. - Leggett & Platt Inc. | A | Dividend | | | Sold | 02/08/15 | J | B | |
| 50. - LTC Properties Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 51. | | | | | Buy (add'l) | 12/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MFA Financial Inc. | A | Dividend | | | Sold | 04/30/15 | J | | |
| 53. - National Retail Properties I | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 54. - Omega Healthcare Inv Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 55. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 56. - PPL Corporation | A | Dividend | | | Sold | 02/12/15 | J | A | |
| 57. - Reynolds American Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | B | |
| 58. - Senior Hsg Ppty Tr SBI | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |
| 59. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 60. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 61. - Vectren Cp | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 62. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 63. - Verizon Communications | A | Dividend | J | T | Buy (add'l) | 12/22/15 | J | | |
| 64. - Teco Energy | A | Dividend | | | Buy (add'l) | 09/08/15 | J | | |
| 65. - Fifth Street Corp. Com | A | Dividend | | | Sold | 02/12/15 | J | B | |
| 66. - Kimberly Clark Corp. | A | Dividend | | | Sold | 10/20/15 | J | A | |
| 67. - WP Carey Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 68. - Westar Energy Inc. | A | Dividend | | | Sold | 03/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - DNP Select Income Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | | |
| 70. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 71. - Alerian MLP ETF | | | | | Buy (add'l) | 04/30/15 | J | | |
| 72. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 73. | | | | | Sold | 12/07/15 | J | | |
| 74. - Lord Abbett Flt Rt F | A | Dividend | J | T | Sold (part) | 09/17/15 | J | | |
| 75. - Vector Group Ltd | A | Dividend | J | T | Sold (part) | 09/17/15 | J | B | |
| 76. | | | | | Sold (part) | 09/29/15 | J | | |
| 77. - Resources Capital Corp. | A | Dividend | | | Sold | 04/30/15 | J | | |
| 78. - New York Mortgage Trust Inc. | A | Dividend | | | Sold | 04/30/15 | J | A | |
| 79. - Old Republic Intl Cp | A | Dividend | J | T | Sold | 01/26/15 | J | | |
| 80. | | | | | Buy | 08/26/15 | J | | |
| 81. | | | | | Sold (part) | 09/17/15 | J | A | |
| 82. - Univ. Hlth Rlty Inc. TR SBI | A | Dividend | J | T | Buy (add'l) | 09/17/15 | J | | |
| 83. - HCP Incoporated | A | Dividend | J | T | Buy (add'l) | 09/17/15 | J | | |
| 84. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 85. - Blackrock Intl Grwth & Inc Tr | A | Dividend | J | T | Sold (part) | 03/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 87. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 88. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 89. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 90. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 91. - Main Street Capital Corp. | A | Dividend | J | T | Buy (add'l) | 09/17/15 | J | | |
| 92. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 93. - Kinder Morgan Incorp. | A | Dividend | | | Buy (add'l) | 01/26/15 | J | | |
| 94. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 95. | | | | | Sold | 12/01/15 | J | | |
| 96. - Goldman Sachs MLP Energy Ren | | | | | Buy (add'l) | 01/12/15 | J | | |
| 97. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 98. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 99. | | | | | Sold | 12/07/15 | J | | |
| 100. - Williams Co. Inc. | A | Dividend | | | Buy (add'l) | 01/26/15 | J | | |
| 101. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 102. | | | | | Sold | 12/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Textainer Group Holdings LTD. | | | | | Buy | 02/12/15 | J | | |
| 104. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 105. | | | | | Sold | 11/03/15 | J | | |
| 106.  - Abbvie Inc. Com | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 107. | | | | | Sold (part) | 09/17/15 | J | A | |
| 108. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 109.  - Cohen & Steers CEF OPP FD, Inc/. | A | Dividend | | | Buy | 04/30/15 | J | | |
| 110. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 111. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 112. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 113. | | | | | Sold | 10/28/15 | J | | |
| 114.  - PIMCO Corporate & Income Oppor. | A | Dividend | J | T | Buy (add'l) | 04/30/15 | J | | |
| 115. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 116. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 117. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 118.  - Chevron Corp. | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 119. | | | | | Sold (part) | 09/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Waddell & Reed Fincl Inc. Cl A | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 121. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 122.  - Southern Co. | A | Dividend | J | T | Buy | 09/08/15 | J | | |
| 123. | | | | | Sold (part) | 09/17/15 | J | A | |
| 124.  - Emerson Electronic Co. | A | Dividend | J | T | Buy | 10/20/15 | J | | |
| 125. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 126.  - Liberty All Star Equity FD SBI | | | J | T | Buy | 10/28/15 | J | | |
| 127. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 128. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 129.  - Glaxosmithkline PLC ADS | | | J | T | Buy | 11/03/15 | J | | |
| 130. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 131.  - Realty Income Com | | | J | T | Buy | 11/30/15 | J | | |
| 132. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 133.  - RMR Group Inc. Cl A | | | | | Distributed | 12/14/15 | J | | |
| 134. | | | | | Sold | 12/18/15 | J | A | |
| 135.  - Welltower Inc. | A | Dividend | J | T | Buy | 09/30/15 | J | | |
| 136. | | | | | Buy (add'l) | 12/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  IRA #2 | E | Dividend | N | T | | | | | |
| 138.  - Lord Abbett Short Duration Income Fd Cl F | B | Dividend | | | Sold (part) | 09/17/15 | J | | |
| 139. | | | | | Sold | 12/16/15 | K | | |
| 140.  - Templeton Global Bond Fund | A | Dividend | | | Buy (add'l) | 06/01/15 | J | | |
| 141. | | | | | Sold | 08/26/15 | K | | |
| 142.  - Cash and MS Liquid Asset Fund - Morgan Stanley | A | Dividend | J | T | | | | | |
| 143.  - Altria Group, Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | B | |
| 144. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 145.  - American Capital Agency | A | Dividend | | | Buy (add'l) | 02/12/15 | J | | |
| 146. | | | | | Sold | 04/30/15 | J | | |
| 147.  - American Electric Power Co. | A | Dividend | | | Sold (part) | 09/17/15 | J | A | |
| 148. | | | | | Sold | 11/30/15 | J | B | |
| 149.  - Annaly Capital Mngmt Inc. | A | Dividend | J | T | Buy (add'l) | 02/12/15 | J | | |
| 150. | | | | | Sold | 04/30/15 | J | | |
| 151. | | | | | Buy | 12/07/15 | J | | |
| 152. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 153. | | | | | Buy (add'l) | 12/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Astrazeneca PLC Ads | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 155. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 156. - AT&T | A | Dividend | J | T | Sold (part) | 09/17/15 | J | | |
| 157. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 158. - BCE Inc. (New) | A | Dividend | J | T | Buy (add'l) | 09/17/15 | J | | |
| 159. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 160. - BK Monreal | | | | | Sold | 01/26/15 | J | | |
| 161. - Centurylink Inc. | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |
| 162. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 163. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 164. - Eaton Vance Tax Mgd Div Equ Fd | B | Dividend | K | T | Buy (add'l) | 03/17/15 | J | | |
| 165. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 166. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 167. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 168. - Franklin Income Adv | B | Dividend | J | T | Sold (part) | 09/17/15 | J | | |
| 169. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 170. - Health Care REIT Inc. | A | Dividend | | | Buy (add'l) | 09/17/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 09/30/15 | J | | |
| 172. - Leggett & Platt Inc. | A | Dividend | | | Sold | 02/12/15 | J | C | |
| 173. - LTC Properties Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 174. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 175. - MFA Financial Inc. | A | Dividend | | | Sold | 04/30/15 | J | | |
| 176. - National Retail Properties I | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 177. - Omega Healthcare Inv Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 178. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 179. - PPL Corporation | A | Dividend | | | Sold | 02/12/15 | J | A | |
| 180. - Reynolds American Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | B | |
| 181. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 182. - Senior Hsg Ppty Tr SBI | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |
| 183. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 184. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 185. - Vectren Cp | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 186. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 187. - Verizon Communications | A | Dividend | J | T | Buy (add'l) | 12/22/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Teco Energy | A | Dividend | | | Sold | 09/08/15 | J | C | |
| 189. - Fifth Street Finance Corp. Com | A | Dividend | | | Sold | 02/12/15 | J | | |
| 190. - Kimberly Clark Corp. | A | Dividend | | | Buy (add'l) | 09/17/15 | J | | |
| 191. | | | | | Sold | 10/20/15 | J | B | |
| 192. - WP Carey Inc. Com | A | Dividend | J | T | Sold (part) | 09/17/15 | J | | |
| 193. - Westar Energy Inc. | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 194. - Lord Abbett Flt Rt F | A | Dividend | K | T | Sold (part) | 09/17/15 | J | | |
| 195. - DNP Select Income Inc. | A | Dividend | K | T | Buy (add'l) | 09/17/15 | J | | |
| 196. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 197. - Alerian MLP ETF | A | Dividend | | | Buy (add'l) | 04/30/15 | J | | |
| 198. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 199. | | | | | Sold | 12/07/15 | J | | |
| 200. - Vector Group Ltd | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 201. | | | | | Sold (part) | 09/29/15 | J | | |
| 202. - Resources Capital Corp. | A | Dividend | | | Sold | 04/30/15 | J | | |
| 203. - New York Mortgage Trust Inc. | A | Dividend | | | Sold | 04/30/15 | J | A | |
| 204. - Old Republic Intl Cp | A | Dividend | J | T | Sold | 01/26/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 08/26/15 | J | | |
| 206. | | | | | Sold (part) | 09/17/15 | J | A | |
| 207. - Univ. Hlth Rlty Inc TR SBI | A | Dividend | J | T | Buy (add'l) | 09/17/15 | J | | |
| 208. - HCP Incorporated | A | Dividend | J | T | Buy (add'l) | 09/17/15 | J | | |
| 209. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 210. - Blackrock Intl Grwth & Inc Tr | A | Dividend | K | T | Sold (part) | 03/17/15 | J | | |
| 211. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 212. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 213. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 214. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 215. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 216. - Main Street Capital Corp. | A | Dividend | J | T | Buy (add'l) | 09/17/15 | J | | |
| 217. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 218. - Kinder Morgan Incorp | A | Dividend | | | Buy (add'l) | 01/26/15 | J | | |
| 219. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 220. | | | | | Sold | 12/07/15 | J | | |
| 221. - Goldman Sachs MLP Energy Ren | A | Dividend | | | Buy (add'l) | 02/12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 223. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 224. | | | | | Sold | 12/07/15 | J | | |
| 225.  - Williams Co. Inc. | A | Dividend | | | Buy | 01/26/15 | J | | |
| 226. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 227. | | | | | Sold | 12/07/15 | J | | |
| 228.  - Textainer Group Holdings LTC | A | Dividend | | | Buy | 02/02/15 | J | | |
| 229. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 230. | | | | | Sold | 11/30/15 | J | | |
| 231.  - Avvbi Inc. Com | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 232. | | | | | Sold (part) | 09/17/15 | J | A | |
| 233.  - Cohen & Steers CEF OPP FD, Inc. | A | Dividend | | | Buy | 04/30/15 | J | | |
| 234. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 235. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 236. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 237. | | | | | Sold | 10/28/15 | J | | |
| 238.  - PIMCO Corporate & Incom Oppor. | A | Dividend | K | T | Buy | 04/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 240. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 241. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 242. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 243.  - Chevron Corp. | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 244. | | | | | Sold (part) | 09/17/15 | J | A | |
| 245.  - Waddell & Reed Fincl Inc. CLA | A | Dividend | J | T | Buy (add'l) | 08/26/15 | J | | |
| 246. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 247.  - Southern Co. | A | Dividend | J | T | Buy | 09/08/15 | J | | |
| 248. | | | | | Sold (part) | 09/17/15 | J | A | |
| 249.  - Emerson Electric Co. | A | Dividend | J | T | Buy | 09/20/15 | J | | |
| 250.  - Liberty All Star Equity FD SBI | | | K | T | Buy | 09/28/15 | J | | |
| 251. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 252. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 253.  - Glaxosmithkline PLC ADS | | | J | T | Buy | 11/03/15 | J | | |
| 254. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 255.  - Realty Income Corp. | | | J | T | Buy | 11/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy | 12/22/15 | J | | |
| 257. - RMR Group Inc. CL A | | | | | Distributed | 12/14/15 | J | | |
| 258. | | | | | Sold | 12/18/15 | J | A | |
| 259. - Welltower Inc. | A | Dividend | J | T | Buy | 09/30/15 | J | | |
| 260. | | | | | Buy | 12/22/15 | J | | |
| 261. TRUST #2 (sep ira #2) | E | Dividend | O | T | | | | | |
| 262. - MidFirst Bank | A | Interest | M | T | | | | | |
| 263. - Templeton Global Bank Fund Advisor Class | A | Dividend | | | Sold | 08/26/15 | K | | |
| 264. - Cash and MS Liquid Asset Fund - Morgan Stanley | A | Interest | | | | | | | |
| 265. - Lord Abbett Short Duration Income FD Cl F | B | Dividend | | | Sold (part) | 09/17/15 | J | | |
| 266. | | | | | Sold | 12/16/15 | K | | |
| 267. - Eaton Vance Tax Mgd Div Equ Fd | C | Dividend | K | T | Buy (add'l) | 03/17/15 | J | | |
| 268. | | | | | Buy (add'l) | 04/13/15 | J | | |
| 269. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 270. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 271. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 272. - Main Street Capital Corp. | B | Dividend | J | T | Buy (add'l) | 04/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 274. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 275. - Franklin Income Adv | B | Dividend | K | T | Buy (add'l) | 04/13/15 | J | | |
| 276. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 277. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 278. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 279. - LTC Properties, Inc. | A | Dividend | K | T | Sold (part) | 09/17/15 | J | A | |
| 280. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 281. - MFA Financial Inc. | A | Dividend | | | Buy (add'l) | 04/13/15 | J | | |
| 282. | | | | | Sold | 04/30/15 | J | | |
| 283. - Altria Group Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 284. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 285. - PPL Corporation | A | Dividend | | | Sold | 02/12/15 | J | B | |
| 286. - Omega Healthcare Inv. | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |
| 287. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 288. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 289. - Senior Hsg Ppty Tr SBI | A | Dividend | K | T | Buy (add'l) | 04/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 291. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 292. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 293.  - Leggett & Platt Inc. | A | Dividend | | | Sold | 02/12/15 | K | D | |
| 294.  - Annaly Capital Mngmt Inc. | A | Dividend | J | T | Buy (add'l) | 02/12/15 | J | | |
| 295. | | | | | Buy (add'l) | 04/13/15 | J | | |
| 296. | | | | | Sold | 04/30/15 | K | | |
| 297. | | | | | Buy | 12/07/15 | J | | |
| 298. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 299. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 300.  - AT&T Inc. | A | Dividend | K | T | Buy (add'l) | 04/13/15 | J | | |
| 301. | | | | | Sold (part) | 09/17/15 | J | | |
| 302. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 303.  - American Electric Power Co. | A | Dividend | | | Sold (part) | 09/17/15 | J | | |
| 304. | | | | | Sold | 11/30/15 | J | C | |
| 305.  - Vectren CP | A | Dividend | J | T | Sold (part) | 09/17/15 | J | A | |
| 306. | | | | | Buy (add'l) | 12/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - American Capital Agency | A | Dividend | | | Buy (add'l) | 02/12/15 | J | | |
| 308. | | | | | Buy (add'l) | 04/13/15 | J | | |
| 309. | | | | | Sold | 04/30/15 | K | | |
| 310. - BCE Inc. (New) | A | Dividend | J | T | Buy (add'l) | 04/13/15 | J | | |
| 311. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 312. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 313. - National Retail Properties I | A | Dividend | K | T | Sold (part) | 09/17/15 | J | | |
| 314. - Verizon Communications | A | Dividend | K | T | Buy (add'l) | 04/13/15 | J | | |
| 315. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 316. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 317. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 318. - Health Care REIT Inc. | A | Dividend | | | Buy (add'l) | 09/17/15 | J | | |
| 319. | | | | | Sold | 09/30/15 | J | | |
| 320. - Reynolds American Inc. | A | Dividend | J | T | Sold (part) | 09/17/15 | J | C | |
| 321. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 322. - BK Montreal | | | | | Sold | 01/26/15 | J | A | |
| 323. - Astrazeneca PLC ADS | A | Dividend | K | T | Buy (add'l) | 04/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 325. | | | | | Sold (part) | 09/17/15 | J | A | |
| 326. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 327. - Centurylink Inc. | A | Dividend | J | T | Buy (add'l) | 06/01/15 | J | | |
| 328. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 329. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 330. - Teco Energy | A | Dividend | | | Sold | 09/08/15 | K | D | |
| 331. - Fifth Street Finance Corp. Com | A | Dividend | | | Sold | 02/12/15 | J | | |
| 332. - Kimberly Clark Corp. | A | Dividend | | | Buy (add'l) | 09/17/15 | J | | |
| 333. | | | | | Sold | 10/20/15 | J | C | |
| 334. - Glaxosmithlkine PLC ADS | | | J | T | | | | | |
| 335. - WP Carey Inc. | B | Dividend | K | T | Sold (part) | 09/17/15 | J | | |
| 336. - Westar Energy Inc. | | | | | Sold | 03/12/15 | J | B | |
| 337. - Lord Abbett Flt Rt F | C | Dividend | K | T | Sold (part) | 09/17/15 | J | | |
| 338. - DNP Select Income Inc. | B | Dividend | K | T | Buy (add'l) | 04/13/15 | J | | |
| 339. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 340. | | | | | Buy (add'l) | 12/07/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  - Alerian MLP ETF | B | Dividend | | | Buy (add'l) | 04/13/15 | J | | |
| 342. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 343. | | | | | Sold (part) | 09/17/15 | J | | |
| 344. | | | | | Sold | 12/17/15 | K | | |
| 345.  - Vector Group Ltd | B | Dividend | K | T | Sold (part) | 09/17/15 | J | B | |
| 346. | | | | | Sold (part) | 09/29/15 | J | | |
| 347.  - Resources Capital Corp. | A | Dividend | | | Buy (add'l) | 04/13/15 | J | | |
| 348. | | | | | Sold | 04/30/15 | J | | |
| 349.  - New York Mortgage Trust Inc. | A | Dividend | | | Buy (add'l) | 04/13/15 | J | | |
| 350. | | | | | Sold | 04/30/15 | J | A | |
| 351.  - Old Republic Intl Cp | A | Dividend | K | T | Sold | 01/26/15 | J | | |
| 352. | | | | | Buy | 08/26/15 | J | | |
| 353.  - Univ. Hlth Rlty Inc TR SBI | A | Dividend | K | T | Buy (add'l) | 09/17/15 | J | | |
| 354.  - HCP Incorporated | A | Dividend | J | T | Buy (add'l) | 04/13/15 | J | | |
| 355. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 356. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 357.  - Blackrock Intl Grwth & Inc Tr | B | Dividend | K | T | Sold (part) | 03/17/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 04/13/15 | J | | |
| 359. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 360. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 361. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 362. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 363.  - Kinder-Morgan Incorp | A | Dividend | | | Buy (add'l) | 01/26/15 | J | | |
| 364. | | | | | Buy (add'l) | 04/13/15 | J | | |
| 365. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 366. | | | | | Sold | 12/07/15 | J | | |
| 367.  - Goldman Sachs MLP Energy Ren | B | Dividend | | | Buy (add'l) | 02/12/15 | K | | |
| 368. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 369. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 370. | | | | | Sold | 12/17/15 | K | | |
| 371.  - Williams Co Inc. | A | Dividend | | | Buy | 01/26/15 | J | | |
| 372. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 373. | | | | | Sold | 12/07/15 | J | | |
| 374.  - Textainer Group Holdings Ltd. | A | Dividend | | | Buy | 02/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 04/13/15 | J | | |
| 376. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 377. | | | | | Sold | 11/03/15 | J | | |
| 378. - Abbvie Inc. Com | A | Dividend | J | T | Buy | 03/12/15 | J | | |
| 379. | | | | | Sold (part) | 09/17/15 | J | A | |
| 380. - PIMCO Corporate & Income Oppor. | B | Dividend | K | T | Buy | 04/30/15 | K | | |
| 381. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 382. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 383. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 384. - Cohen & Steers CEF Opp FD, Inc. | B | Dividend | | | Buy | 04/30/15 | K | | |
| 385. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 386. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 387. | | | | | Sold (part) | 09/17/15 | J | | |
| 388. | | | | | Sold | 10/28/15 | K | | |
| 389. - Chevron Corp. | | | K | T | Buy | 08/26/15 | J | | |
| 390. | | | | | Sold (part) | 09/17/15 | J | A | |
| 391. - Waddell & Reed Fincl | A | Dividend | J | T | Buy | 08/26/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 393. - Southern Co. | A | Dividend | J | T | Buy | 09/08/15 | K | | |
| 394. | | | | | Sold (part) | 09/17/15 | J | A | |
| 395. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 396. - Emerson Electric Co. | A | Dividend | K | T | Buy | 10/20/15 | J | | |
| 397. - Liberty All Star Equity FD SBI | | | K | T | Buy | 10/28/15 | K | | |
| 398. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 399. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 400. - Glaxosmithkline PLC | | | J | T | Buy | 11/03/15 | J | | |
| 401. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 402. - Realty Income Corp. | | | J | T | Buy | 11/30/15 | J | | |
| 403. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 404. - RMR Group Inc. Cl. A | | | | | Distributed | 12/14/15 | J | | |
| 405. | | | | | Sold | 12/18/15 | J | A | |
| 406. - Welltower In c. | | | J | T | Buy | 09/30/15 | J | | |
| 407. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 408. - Overiding royalty interest Scott, KS | A | Royalty | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. BROKERAGE ACCOUNT #1 | A | Dividend | K | T | | | | | |
| 410. - Extended Insurance Sweep Account | A | Interest | J | T | Buy (add'l) | 01/26/15 | J | | |
| 411. | | | | | Buy (add'l) | 02/26/15 | J | | |
| 412. | | | | | Buy (add'l) | 03/26/15 | J | | |
| 413. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 414. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 415. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 416. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 417. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 418. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 419. | | | | | Buy (add'l) | 10/26/15 | J | | |
| 420. | | | | | Buy (add'l) | 11/27/15 | J | | |
| 421. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 422. - PMX Communities Inc. | | | J | T | | | | | |
| 423. - Vanguard Natural Resources LLC | A | Dividend | J | T | Buy | 01/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

Page 6, line 48 - D(1) - Exchange out stock for stock; no gain or loss incurred.

Page 11, line 135, D(1) - Exchange in stock for stock; no gain or loss incurred.

Page 14, line 171, D(1) - Exchange out stock for stock; no gain or loss incurred.

Page 19, line 259, D(1) - Exchange in stock for stock; no gain or loss incurred.

Page 22, line 319, D(1) - Exchange out stock for stock; no gain or loss incurred.

Page 27, line 406, D(1) - Exchange in stock for stock; no gain or loss incurred.

# FINANCIAL DISCLOSURE REPORT

Page 30 of 30

Name of Person Reporting

Hall, Sarah A.

Date of Report

05/12/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah A. Hall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544